his eligibility for discretionary waiver of removal at his removal proceeding did not render the proceeding fundamentally unfair. *See Romero–Rodriguez v. Gonzales,* 488 F.3d 672, 677 n. 5 (5th Cir.2007). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

**Barbara BARKLEY, Plaintiff–Appellant**

v.

**LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendant–Appellee.**

No. 08–10788.

United States Court of Appeals, Fifth Circuit.

April 30, 2009.

James Leroy Johnson, James L. Johnson Law Firm, Dallas, TX, for Plaintiff–Appellant.

Linda P. Wills, Marjorie Cohen, Wilson Elser Moskowitz Edelman & Dicker LLP, Houston, TX, for Defendant–Appellee.

Before BARKSDALE, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Eric Lamar GROOMS, Defendant–Appellant.**

No. 08–11008
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 30, 2009.

Denise B. Williams, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Helen Miller Liggett, Assistant, Federal Public Defender Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Eric Lamar Grooms raises argu-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be